## ATTACHMENT A
### Statement of Facts—UNITED STATE V. CHRISTOPHER ZANE ORDIWAY

*The United States and the Defendant, Christopher Ordiway, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

From at least in or about January 2012 until at least on or about July 21, 2014, the defendant **CHRISTOPHER ZANE ORDIWAY** engaged in sexual activity with Victim A, including intercourse, oral sex, and masturbation.

During that period, using his cellular telephone, an Apple iPhone 4S model A1387, **ORDIWAY** took at least seven digital pictures of Victim A performing oral sex on him. He also took pictures of Victim A masturbating and displaying her naked breasts. In other pictures taken by **ORDIWAY**, Victim A was wearing short shorts and **ORDIWAY**'s hand was touching her vagina over her clothing. In at least one other picture taken by **ORDIWAY**, **ORDIWAY** was digitally penetrating Victim A's vagina while pushing her shorts aside. At least one of the pictures taken by **ORDIWAY** showed **ORDIWAY**'s semen on the naked breasts of Victim A.

**ORDIWAY** knowingly and voluntarily took the digital pictures described above and possessed them on his cellular telephone. **ORDIWAY** knew that the digital pictures depicted a real minor engaged in sexually explicit conduct. The pictures taken by **ORDIWAY** of Victim A performing oral sex on him were child pornography. In July 2014, **ORDIWAY** deleted the pictures described above, but thumbnails of the pictures remained on his cellular telephone. A forensic examiner for the Department of Homeland Security recovered the thumbnails during a forensic analysis of **ORDIWAY's** cellular phone completed on January 21, 2016.

During the time period from January 2012 until July 2014, Victim A was a minor, under the age of 18 years old, and Victim A was in the custody, care, or supervisory control of **ORDIWAY**. **ORDIWAY** knew that Victim A was a minor.

The pictures taken by **ORDIWAY** of Victim A engaged in sexually explicit conduct were taken in the State of Maryland. The cellular telephone used by **ORDIWAY** to take pictures of Victim A was manufactured outside the state of Maryland and therefore affected interstate commerce when it was transported into the state of Maryland.

\*\*\*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

10-28-16
Date

Christopher Ordiway

I am Christopher Ordiway's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

10/28/16
Date

Julie Stelzig, Esq.